United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 19-14814-RAM
Inlis D Portillo                                                    Chapter 13
Mariuska L Kauffman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-1              User: oriol-ben              Page 1 of 3                Date Rcvd: Apr 15, 2019
                                  Form ID: 309I                Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db              Inlis D Portillo,    8420 NW 170th Terrace,    Hialeah, FL 33015-3722
jdb            #Mariuska L Kauffman,    8420 NW 170th Terrace,    Hialeah, FL 33015-3722
tr             +Nancy K. Neidich,    www.ch13miami.com,    POB 279806,    Miramar, FL 33027-9806
95029010       +AG Adjustments,    740 Walt Whitman Road,    Melville, NY 11747-2212
95029012       +AML Auto Sales,    3864 NW 125th Street,    Opa Locka, FL 33054-4541
95029013       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
95029014       +Bsi Financial Services,    Attn: Bankruptcy,    Po Box 517,    Titusville, PA 16354-0517
95029023       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
95029033       +El Dorado,    Attn: Bankruptcy Dept,    28552 Orchard Lake Rd, Suite 200,
                 Farmington Hills, MI 48334-2954
95029035       +Everest Business Funding,    8200 NW 52nd Terrace 2nd Floor,    Doral, FL 33166-7852
95029040      ++FORWARD FINANCING,    100 SUMMER ST SUITE 1175,    BOSTON MA 02110-2138
               (address filed with court: Forward Financing, LLC,    100 Summer Street #1175,
                 Boston, MA 02110)
95029048       +Marinosci Law Group PC,    100 West Cypress Creek Rd, Suite 1045,
                 Fort Lauderdale, FL 33309-2191
95029049       +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    Po Box 660360,    Dallas, TX 75266-0360
95029051       +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
95029054       +Oportun,    Attn: Bankruptcy,    Po Box 4085,    Menlo Park, CA 94026-4085
95029056       +Sherman Originator III, LLC,    POB 10497,    Greenville, SC 29603-0497
95029057       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
95029065       +TD Bank USA, N.A.,    c/o Brock & Scott, PLLC,    1315 Westbrook Plaza Drive,
                 Winston Salem, NC 27103-1357
95029066       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: court@bankruptcyclinic.com Apr 16 2019 02:07:22      Robert Sanchez, Esq,
                 355 W 49 St.,    Hialeah, FL 33012
smg             EDI: FLDEPREV.COM Apr 16 2019 05:28:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Tallhassee, FL 32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Apr 16 2019 02:08:40      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
cr             +EDI: RMSC.COM Apr 16 2019 05:28:00      Synchrony Bank,    PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
95029011       +EDI: GMACFS.COM Apr 16 2019 05:28:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
95029015       +E-mail/Text: david@bccfund.com Apr 16 2019 02:09:27      Business Credit & Capital, LLC,
                 464 Kings Highway #201,    Brooklyn, NY 11223-1804
95029018        EDI: CAPITALONE.COM Apr 16 2019 05:28:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
95029016       +EDI: CAPITALONE.COM Apr 16 2019 05:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
95029019       +EDI: CHASE.COM Apr 16 2019 05:28:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
95029022       +EDI: CITICORP.COM Apr 16 2019 05:28:00      Citibank/Sears,    Attn: Bankruptcy,    Po Box 6275,
                 Sioux Falls, SD 57117-6275
95029025       +EDI: WFNNB.COM Apr 16 2019 05:28:00      Comenity Bank / The Limited,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
95029027       +EDI: WFNNB.COM Apr 16 2019 05:28:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
95029028       +EDI: WFNNB.COM Apr 16 2019 05:28:00      Comenitycb/el Dorado,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
95029031        EDI: DISCOVER.COM Apr 16 2019 05:28:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
95029034       +E-mail/Text: bknotice@ercbpo.com Apr 16 2019 02:09:01      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
95029036       +EDI: BLUESTEM Apr 16 2019 05:28:00      Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
95029037       +EDI: AMINFOFP.COM Apr 16 2019 05:28:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
95029038       +EDI: AMINFOFP.COM Apr 16 2019 05:28:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
95029039       +E-mail/Text: cashiering-administrationservices@flagstar.com Apr 16 2019 02:09:38
                 Flagstar Bank,    Attn: Bankruptcy,    5151 Corporate Drive,    Troy, MI 48098-2639
95029041        EDI: IRS.COM Apr 16 2019 05:28:00      Internal Revenue Service,    P.O. BOX 7346,
                 Philadelphia, PA 19101-7346
95029042       +EDI: CBSKOHLS.COM Apr 16 2019 05:28:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
95029042       +E-mail/Text: bncnotices@becket-lee.com Apr 16 2019 02:07:46      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120

```
District/off: 113C-1           User: oriol-ben             Page 2 of 3            Date Rcvd: Apr 15, 2019
                               Form ID: 309I               Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
95029043      +EDI: CBSKOHLS.COM Apr 16 2019 05:28:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-5660
95029043      +E-mail/Text: bncnotices@becket-lee.com Apr 16 2019 02:07:46       Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
95029045      +EDI: RESURGENT.COM Apr 16 2019 05:28:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
               Po Box 10497,    Greenville, SC 29603-0497
95029046      +EDI: RESURGENT.COM Apr 16 2019 05:28:00      LVNV Funding/Resurgent Capital,    POB 10497,
               Greenville, SC 29603-0497
95029044      +E-mail/Text: bk@lendingclub.com Apr 16 2019 02:09:28       LendingClub,    Attn: Bankruptcy,
               71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
95029053      +EDI: AGFINANCE.COM Apr 16 2019 05:28:00      OneMain Financial,    Attn: Bankruptcy,
               601 Nw 2nd Street,    Evansville, IN 47708-1013
95029055      +EDI: PRA.COM Apr 16 2019 05:28:00      Portfolio Recovery Associates,    PO Box 41021,
               Norfolk, VA 23541-1021
95029058      +EDI: RMSC.COM Apr 16 2019 05:28:00      Syncb/care Credit,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
95029059      +EDI: RMSC.COM Apr 16 2019 05:28:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
               Po Box 956060,    Orlando, FL 32896-0001
95029060      +EDI: RMSC.COM Apr 16 2019 05:28:00      Synchrony Bank/BRMart,    Attn: Bankruptcy,
               Po Box 965004,    Orlando, FL 32896-5004
95029061      +EDI: RMSC.COM Apr 16 2019 05:28:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
95029063      +EDI: WTRRNBANK.COM Apr 16 2019 05:28:00      Target,    Attn: Bankruptcy,    Po Box 9475,
               Minneapolis, MN 55440-9475
95029069      +EDI: WFFC.COM Apr 16 2019 05:28:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
               Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95029017*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
95029020*     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
95029021*     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
95029024*     +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
               St Louis, MO 63179-0034
95029026*     +Comenity Bank / The Limited,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
95029029*     +Comenitycb/el Dorado,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
95029032*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court: Discover Financial,     Attn: Bankruptcy Department,    Po Box 15316,
               Wilmington, DE 19850)
95029047*     +LVNV Funding/Resurgent Capital,    POB 10497,    Greenville, SC 29603-0497
95029050*     +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    Po Box 660360,    Dallas, TX 75266-0360
95029052*     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
               Dallas, TX 75266-0360
95029062*     +Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
95029064*     +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
95029067*     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
95029068*     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
95029030     ##+Cresthill Capital, LLC,    80 Pine Street,    New York, NY 10005-1710
                                                                                TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 113C-1          User: oriol-ben              Page 3 of 3                   Date Rcvd: Apr 15, 2019
                              Form ID: 309I                Total Noticed: 52
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Nancy K. Neidich     e2c8f01@ch13miami.com,  ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert  Sanchez, Esq   on behalf of Debtor Inlis D Portillo court@bankruptcyclinic.com,
               r51375@notify.bestcase.com
              Robert  Sanchez, Esq   on behalf of Joint Debtor Mariuska L Kauffman court@bankruptcyclinic.com,
               r51375@notify.bestcase.com
                                                                                            TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Inlis D Portillo** | Social Security number or ITIN | xxx–xx–4666 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mariuska L Kauffman** | Social Security number or ITIN | xxx–xx–9606 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Florida** | | Date case filed for chapter  13  4/12/19 | |
| Case number:  **19–14814–RAM** | | | |

# Notice of Chapter 13 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See boxes 8 and 12 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**
**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**
<u>**WARNING TO DEBTOR:**</u> Debtors must commence plan payments within 30 days of filing the chapter 13 petition or conversion to chapter 13. Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to be current with plan payments at the time of the meeting of creditors, and for failure to file a pre–bankruptcy certification of credit counseling or file wage documentation. The case may also be dismissed or converted at the scheduled confirmation hearing if the court denies confirmation of the pending plan under 11 U.S.C. § 1325 and denies a request made for additional time for filing another plan or a modification of a plan.

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Inlis D Portillo | Mariuska L Kauffman |
| 2. | **All Other Names Used in the Last 8 Years** | aka Inlis Portillo, aka Inlis Donaldo Portillo | aka Mariuska Kauffman, aka Mariuska Lisseth Kauffman |
| 3. | **Address** | 8420 NW 170th Terrace<br>Hialeah, FL 33015–3722 | 8420 NW 170th Terrace<br>Hialeah, FL 33015–3722 |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012 | Contact phone 305.687.8008 |
| 5. | **Bankruptcy Trustee**<br>Name and address | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027 | Contact phone 954–443–4402 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact phone (305) 714–1800 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: <u>**Joseph Falzone**</u><br>Dated: <u>**4/15/19**</u> |
| 7. | **\*\*MEETING OF CREDITORS\*\***<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | May 23, 2019 at 09:30 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **\*\* LOCATION:**<br><br>**Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130** |

Debtor **Inlis D Portillo** and **Mariuska L Kauffman**                              Case number **19–14814–RAM**

| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/22/19** |
|---|---|---|
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/24/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/9/19** |
| **When Filing Proofs of Claim:** If the debtor is not represented by an attorney, you must serve copies of the proof of claim including all attachments on the debtor, via U.S. Mail, see Local Rule 3002–1(E). Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 10 below. | |
| | **Deadline to Object to Exemptions:** The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| 9. **Filing of Plan and Hearing on Confirmation** | A copy of the debtor's filed plan is enclosed. The hearing on confirmation will be held on: **7/11/19** at **01:30 PM** , at **C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128** | |
| **Deadline to Object to Confirmation** | At the confirmation hearing on the plan, the court will consider all timely objections to confirmation and any filed motions to dismiss or convert the case. Except for objections to confirmation based on valuation of collateral in the plan or objections to attorney fee claims, **objections to confirmation of the plan must be in writing and filed no later than 14 days prior to the date first scheduled for hearing on confirmation, see Local Rule 3015–3(B)(1).** | |
| **Attorney Fee Claims** | Attorney fee applications and objections to attorney fees shall be heard at the confirmation hearing. | |
| 10. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a Chapter 13 Bankruptcy Case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan is included with this notice and the confimation hearing will be held on the date shown in box 9 of this notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Discharge of Debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. See box 8 for deadlines. The discharge will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | |
| 13. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 14. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |